IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00831-BNB

DELAREE ROSS,

    Plaintiff,

v.

DAVID GALLEGOS, Aurora P.O.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On May 6, 2013, Plaintiff filed a Motion for Extension of Time to File Amended Complaint (Doc. # 6).  The motion will be granted.  Ms. Ross is advised, once again, that the Court is having difficulty deciphering her handwriting.  Accordingly, it is

    HEREBY **ORDERED** that Ms. Ross shall file an amended complaint, in compliance with the Court's April 3, 2013 Order, **on or before June 10, 2013**.  <u>The amended complaint shall either be typed or written in legible print</u>.  Failure to comply with this Minute Order and with the April 3, 2013 Order will result in dismissal of this action without further notice.

Dated:  May 9, 2013