IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00831-BNB

DELAREE ROSS,

    Plaintiff,

v.

DAVID GALLEGOS, Aurora P.O.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The motions to file an amended complaint (Doc. ## 8 and 9), filed by Plaintiff on May 9 and May 10, 2013, respectively, are GRANTED as follows: Plaintiff shall file an amended complaint, on the court-approved Complaint form, **on or before June 28, 2013**. The Complaint shall be typed or written in legible print.

    Plaintiff shall obtain the court-approved Complaint form, along with the applicable instructions, at www.cod.uscourts.gov. Failure to comply with this Minute Order and with the April 3, 2013 Order will result in dismissal of this action without further notice.

Dated: May 15, 2013